IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:24mc26

| | |
|---|---|
| IN RE: )<br>)<br>FIREARMS POLICY FOR THE )<br>UNITED STATES COURTHOUSES, )<br>WESTERN DISTRICT OF NORTH )<br>CAROLINA )<br>_____ ) | **ORDER** |

Pursuant to 18 U.S.C. § 930(f), federal courts have "the power . . . to promulgate rules or orders regulating, restricting, or prohibiting the possession of weapons within any building housing such court or any of its proceedings, or upon any grounds appurtenant to such building." It is based upon this statutory authority that the Court now creates this firearms policy as it relates to Judicial Officers of the Western District of North Carolina.

1. This order applies to district judges, magistrate judges, and bankruptcy judges and the clerks of the district and bankruptcy court and the Bankruptcy Administrator and employees of the judges and clerks and the Bankruptcy Administrator whom the respective judge, clerk or Bankruptcy Administrator has designated in writing to the Chief Judge.

    a. The term "firearm" is defined in 18 U.S.C. § 921(a)(3) ("The term 'firearm' means (A) any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; (B) the frame or receiver of any such weapon; (C) any firearm muffler or firearm silencer; or (D) any destructive device. Such term does not include an antique firearm."). This

definition will control for purposes of this policy, except that destructive devices are defined in § 921(a)(4) shall not be included within this policy.

2. General Rule. Judicial Officers within the Western District of North Carolina, provided they are qualified within the meaning of subsection 3, may henceforth carry concealed firearms within or upon the grounds appurtenant to any courthouse within the Western District of North Carolina. As per the date of this Order, this includes the courthouses and grounds of the Asheville, Charlotte, and Statesville divisions.

3. Qualification. In order to carry a concealed firearm pursuant to this Order, each person to whom this applies must have a current and valid Concealed Carry Handgun (CCH) permit issued by the State of North Carolina or a county thereof, and must obtain qualification from the United States Marshals Service, the United States Probation office, another law enforcement agency, or demonstrate some equivalent firearms training (e.g., United States Armed Forces). Such qualification must be renewed on an annual basis and must also be approved by the Chief District Judge on an annual basis.

4. Annual and Supplemental List to the United States Marshal. The Chief Judge will annually submit a list of the individuals who routinely carry concealed firearms on the courthouse grounds to the United States Marshal and will supplement the list between annual reports as need.

5. Compliance with State and Local law. This Order shall not be construed as superseding or conflicting with any state or local law concerning the possession of concealed firearms on state or city property. This Order shall apply only to the federal courthouse and grounds appurtenant thereto within this District.

SO ORDERED THIS 28 day of February, 2024.

_____
Martin Reidinger
Chief U.S. District Judge

_____
Frank D. Whitney
U.S. District Judge

_____
Max O. Cogburn, Jr.
U.S. District Judge

_____
Kenneth D. Bell
U.S. District Judge

_____
Robert J. Conrad, Jr.
Senior U.S. District Judge

_____
Graham C. Mullen,
Senior U.S. District Judge

_____
Richard L. Voorhees
Senior U.S. District Judge